# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Anthony Angulo**<br>DOB: 1989; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>**25-04863MJ** |

Complaint for a violation of Title 18, United States Code, §§ 922(g)(1) and 924(a)(8)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about March 31, 2025, at or near Oro Valley, in the District of Arizona, **Anthony Angulo**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition, to wit: sixty-eight (68) rounds of Blazer and Sellier & Bellot 9mm ammunition, said ammunition having been shipped and transported in interstate or foreign commerce; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On March 31, 2025, Oro Valley Police Department (OVPD) officers conducted a traffic stop on a vehicle that ran a stop sign. One of the occupants/passengers in the vehicle was identified as **Anthony Angulo**.

Officers observed drug paraphernalia in plain sight and conducted a search of the vehicle. Approximately sixty-eight (68) rounds of ammunition were located in the vehicle. Officers also found three (3) loaded 1911 magazines.

A law enforcement records check revealed **Anthony Angulo** has the following prior felony convictions in the Pima County Superior Court: Second Degree Burglary dated 07/31/2009, Case Number CR20084862; Criminal Damage dated 07/14/2008, Case Number CR20081531; Possession of Dangerous Drugs for Sale dated 06/08/2015, Case Number CR20150790-001; Aggravated Assault with a Weapon or Dangerous Instrument dated 06/08/2018, Case Number CR20175555-001; Kidnapping dated 06/08/2018, Case Number CR20175555-001; and Possession of a Weapon by a Prohibited Possessor dated 01/22/2021, Case Number CR20194197-001. These convictions are felony offenses punishable by imprisonment for a term exceeding one year.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE:   N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED BY AUSA *R. Arellano*   RAQUEL ARELLANO (Digitally signed by RAQUEL ARELLANO Date: 2025.04.14 11:14:09 -07'00') | SIGNATURE OF COMPLAINANT<br><br>Hannah E. Fox (Digitally signed by Hannah E. Fox Date: 2025.04.14 13:39:14 -07'00')<br><br>OFFICIAL TITLE<br>ATF SA Hannah Fox |

**Sworn by telephone  x__**

| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Maria S. Aguilera* | DATE<br>April 14, 2025 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54.

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**
**Page 2**

In a post-*Miranda* statement, **Angulo** claimed ownership of the ammunition, stating he purchased it for his uncle. When asked if he had the firearm for the magazines, **Angulo** stated he was not allowed to possess firearms due to his previous felony convictions.

An ATF interstate nexus expert performed a preliminary interstate nexus examination and determined the ammunition was not manufactured in the state of Arizona, and thus traveled in interstate and/or foreign commerce.